Certificate Number: 14912-NJ-DE-033893446

Bankruptcy Case Number: 19-30640



14912-NJ-DE-033893446

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 2, 2020</u>, at <u>12:18</u> o'clock <u>PM EST</u>, <u>Linda Cooley</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>January 2, 2020</u>          By:    <u>/s/Jai Bhatt</u>

                                                     Name:  <u>Jai Bhatt</u>

                                                     Title:   <u>Counselor</u>