GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-30640

Re:  LINDA S COOLEY
     63 IRVING STREET
     NEWARK, NJ  07104

Atty: GOLDMAN & BESLOW, LLC
      ATTORNEYS AT LAW
      7 GLENWOOD AVE, SUITE 311B
      EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AVANT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BCA FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,162.53 | 0.00% | 0.00 | 0.00 |
| 0006 | CENTRAL CREDIT SERVICES, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CITY OF NEWARK | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | COMENITY BANK/ASHLEY STEWART | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | COMENITY BANK/AVENUE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | COMPREHENSIVE NEUROSURGICAL DBA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | FAY SERVICING LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | NEWARK FED EMPLOYEES F | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | NEWARK PO CU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | RADIUS GLOBAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | RIVERBANK INPT MED ASSOC, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | SAINT MICHAELS MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 25,988.79 | 100.00% | 0.00 | 0.00 |
| 0034 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,892.94 | 0.00% | 0.00 | 0.00 |
| 0042 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0047 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | COMPREHENSIVE NEUROSURGICAL DBA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0053 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0054 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0055 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-30640**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0056 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 228.00 | 0.00% | 0.00 | 0.00 |
| 0057 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 228.00 | 0.00% | 0.00 | 0.00 |
| 0058 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 228.00 | 0.00% | 0.00 | 0.00 |
| 0059 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 321.00 | 0.00% | 0.00 | 0.00 |
| 0060 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 321.00 | 0.00% | 0.00 | 0.00 |
| 0061 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 228.00 | 0.00% | 0.00 | 0.00 |
| 0062 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 321.00 | 0.00% | 0.00 | 0.00 |
| 0063 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 228.00 | 0.00% | 0.00 | 0.00 |
| 0064 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 359.00 | 0.00% | 0.00 | 0.00 |
| 0065 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 228.00 | 0.00% | 0.00 | 0.00 |
| 0066 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 587.00 | 0.00% | 0.00 | 0.00 |
| 0067 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 321.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $0.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $0.00    =    Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.