GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)  Linda S Cooley

| | |
|---|---|
| In Re:<br><br>LINDA S COOLEY<br><br><br><br>Debtor (s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO: 19-30640/JKS<br><br>CHAPTER 13 |

## FIRST INTERIM APPLICATION FOR ALLOWANCE TO DEBTOR'S ATTORNEY FOR PRE-CONFIRMATION FEES

## CERTIFICATION

I, MARK GOLDMAN, ESQ. Attorney for Debtor(s) certifies as follows:

Except as reported herein, no payments have been made or promised to me for any services rendered or to be rendered in this case.

In accordance with Section 504 of the Bankruptcy Code, I hereby state I have not share or agreed to share with any other person.

All exceptions to Paragraphs 1 and 2 are as follows:

The debtor(s) plan payments X_will __will not increase due to the requested fee.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  1/24/20

Attorney for Debtor(s)
Mark Goldman, Esq.