Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 19–30640–JKS
                                        Chapter: 13
                                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda S Cooley
    63 Irving Street
    Newark, NJ 07104

Social Security No.:
    xxx–xx–7293

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        3/12/20
Time:       10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$3376.80

EXPENSES
$

If this is a chapter 13 case, the fees and expenses awarded:

      [☑]    will not reduce the amount to be paid to general unsecured creditors under the plan.

      [ ]    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 7, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 19-30640-JKS
Linda S Cooley                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Feb 07, 2020
                      Form ID: 137    Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
```
db              +Linda S Cooley,    63 Irving Street,     Newark, NJ 07104-3523
518545250        BCA Financial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
518545252       +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500 A,
                 Jacksonville, FL 32225-8169
518545253       +Central Credit Services, LLC,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518545255       +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
518545254       +City of Newark,    Department of Water/Sewer,    920 Broad Street, Room B-31F,
                 Newark, NJ 07102-2663
518545260       +Comprehensive Neurosurgical,    680 Kinderkamack Road,    Suite 300,    Oradell, NJ 07649-1600
518545261       +Comprehensive Neurosurgical DBA,    North Jersey Brain and Spine Center,    680 Kinderkamack Road,
                 Suite 300,    Oradell, NJ 07649-1600
518545263        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518545264       +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
518545265       +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
518545266       +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
518545267       +Fay Servicing Llc,    Attn: Bankruptcy Dept,    Po Box 809441,    Chicago, IL 60680-9441
518545268       +Fay Servicing Llc,    1601 Lbj Freeway,    Farmers Branch, TX 75234-6034
518545270       +Newark Fed Employees F,    970 Broad Street,    Newark, NJ 07102-2534
518545271       +Newark Po Cu,    Pob 1570,    Newark, NJ 07101-1570
518644079        Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX   75014-1419
518545282       +Radius Global,    P.O. Box 390905,    Minneapolis, MN 55439-0905
518545283        Radius Global Solutions,    98550 Regency Square,    Suite 602,    Jacksonville, FL 32225
518545284        Riverbank Inpt Med Assoc, LLC,    PO Box 80198,    Philadelphia, PA 19101-1198
518545285       +Saint Michael's Medical Center,    2 Broad Street,    Bloomfield, NJ 07003-2547
518545286        Saint Michael's Medical Center,    c/o ONCOAS11,    PO Box 1280,    Oaks, PA 19456-1280
518545287       +Saint Michaels Medical Center,    P.O. Box 18518,    Newark, NJ 07192-0001
518545289       +Select Portfolio Servicing, Inc,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518545290       +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
518545293        TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
518545294       +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
518545300       +US Asset Management, Inc.,    c/o EOS CCA,    P.O. Box 5055,    Norwell, MA 02061-5055
518545298       +University Hospital,    150 Bergen Street,    B417,    Newark, NJ 07103-2406
518545296       +University Hospital,    150 Bergen Street,    Newark, NJ 07103-2406
518545295       +University Hospital,    PO Box 3009,    Newark, NJ 07103-0009
518545297       +University Hospital,    P.O. Box 18181,    Newark, NJ 07191-8181
518545301      ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
                 (address filed with court: Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
                 Wayne, NJ 07470)
518545302       +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
518545304        Verizon c/o,    US Asset Management Inc,    PO Box 981008,    Boston, MA 02298-1008
518545305        Verizon c/o,    EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2020 00:51:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:01       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 00:54:06
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518545249       +E-mail/Text: bk@avant.com Feb 08 2020 00:51:44      Avant,    222 N. Lasalle St,
                 Chicago, IL 60601-1101
518545248       +E-mail/Text: bk@avant.com Feb 08 2020 00:51:44      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                 Chicago, IL 60691-3380
518610203       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2020 01:06:04       Capital One N.A.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518545251       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 08 2020 00:53:44       Capital One Na,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518545256       +E-mail/Text: ebn@rwjbh.org Feb 08 2020 00:51:36      Clara Maass Medical Center,
                 1 Clara Maass Drive,    Belleville, NJ 07109-3557
518545258       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 08 2020 00:50:42
                 Comenity Bank/Ashley Stewart,    Po Box 182789,    Columbus, OH 43218-2789
518545257       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 08 2020 00:50:42
                 Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518545259       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 08 2020 00:50:42       Comenity Bank/Avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
518545269        E-mail/Text: cio.bncmail@irs.gov Feb 08 2020 00:50:23      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
518648690        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 08 2020 00:51:22       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518545272       +E-mail/Text: bankruptcy@onlineis.com Feb 08 2020 00:51:40       Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
```

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Feb 07, 2020
                              Form ID: 137              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518545277      +E-mail/Text: bankruptcy@onlineis.com Feb 08 2020 00:51:40    Online Collections,   Pob 1489,
                 Winterville, NC 28590-1489
518545288      +E-mail/Text: jennifer.chacon@spservicing.com Feb 08 2020 00:52:11
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
                 Salt Lake City, UT 84165-0250
518545292      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 00:54:48    Syncb/HSN,   Po Box 965017,
                 Orlando, FL 32896-5017
518545291      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 00:54:42    Syncb/HSN,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518550421      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 00:53:33    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518653887       E-mail/Text: jennifer.chacon@spservicing.com Feb 08 2020 00:52:11
                 Towd Point Mortgage Trust 2017-2 et. al,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
518545303      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 08 2020 00:47:56
                 Verizon,   P.O. Box 4830,   Trenton, NJ 08650-4830
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518545262*     +Comprehensive Neurosurgical DBA,   North Jersey Brain and Spine Center,   680 Kinderkamack Road,
                 Suite 300,   Oradell, NJ 07649-1600
518545273*     +Online Collections,   Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518545274*     +Online Collections,   Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518545275*     +Online Collections,   Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518545276*     +Online Collections,   Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518545278*     +Online Collections,   Pob 1489,   Winterville, NC 28590-1489
518545279*     +Online Collections,   Pob 1489,   Winterville, NC 28590-1489
518545280*     +Online Collections,   Pob 1489,   Winterville, NC 28590-1489
518545281*     +Online Collections,   Pob 1489,   Winterville, NC 28590-1489
518545299*     +University Hospital,   P.O. Box 3009,   Newark, NJ 07103-0009
                                                                                     TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
```
              David G. Beslow    on behalf of Debtor Linda S Cooley yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust 2017-2, U.S. Bank
               National Association, as Indenture Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Linda S Cooley yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```