# CERTIFICATE OF DEATH

STATE FILE NUMBER: 20200006089

**DECEASED NAME**
LINDA S COOLEY

**DATE OF BIRTH**: 11/17/1953
**SEX**: FEMALE
**DATE OF DEATH**: 01/30/2020

**PLACE OF DEATH**: NEWARK CITY
**COUNTY OF DEATH**: ESSEX

**RESIDENCE ADDRESS**: 63 IRVING ST.
**SOCIAL SECURITY NUMBER**:

**MUNICIPALITY OF RESIDENCE**: NEWARK CITY
**COUNTY OF RESIDENCE**: ESSEX

**DOMESTIC STATUS**: SINGLE/NEVER MARRIED

**MANNER OF DEATH**: NATURAL

**CAUSE OF DEATH**: BREAST CANCER

**DATE ISSUED**: JANUARY 31, 2020

**DATE FILED WITH REGISTRAR**: 01/31/2020        **AMENDED DATE**:

**ISSUED BY**:
Newark Vital Statistics

Yvonne Stafford, Deputy Registrar

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

REG-42A
JUN 14




THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED