UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey  07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LINDA S COOLEY

Debtor (s)

Case No:   19-30640/JKS

Chapter 13

Judge:

**FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)**

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: March 16, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): Linda S Cooley
Chapter 13 Case#: 19-30640/JKS
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $4866.00 as his fee and $355.80 for costs and expenses of which $1845.00 has already been received by said attorney and of which the balance of $3376.80 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtor(s) plan or in the event of dismissal directly to debtor's counsel and it is further

ORDERED that the monthly payments in the plan is hereby increased to $685.00 based on the aforesaid fee and claims.

11

United States Bankruptcy Court
District of New Jersey

In re:  
Linda S Cooley  
       Debtor

Case No. 19-30640-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 16, 2020  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
db           +Linda S Cooley,   63 Irving Street,   Newark, NJ 07104-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:  
         David G. Beslow    on behalf of Debtor Linda S Cooley yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Kevin Gordon McDonald    on behalf of Creditor   Towd Point Mortgage Trust 2017-2, U.S. Bank  
          National Association, as Indenture Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor Linda S Cooley yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 5