## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                                    Case No. 19-30640

    ESTATE OF LINDA S COOLEY

    Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/31/2019.

2)  The plan was confirmed on 01/29/2020.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/06/2020.

5)  The case was dismissed on 08/20/2020.

6)  Number of months from filing or conversion to last payment: 3.

7)  Number of months case was pending: 10.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $6,010.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$1,000.00**

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $948.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $52.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,000.00** |

Attorney fees paid and disclosed by debtor:        $1,500.00

---

**Attorney Fees:**

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| GOLDMAN & BESLOW, LLC | Attorney Fee | $1,500.00 | $948.00 |

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AVANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BCA FINANCIAL SERVICES | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 1,196.00 | 1,162.53 | 1,162.53 | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES, LLC | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NEWARK | Secured | 2,473.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/ASHLEY STEWART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/AVENUE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE NEUROSURGICAL | Unsecured | 348.63 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE NEUROSURGICAL | Unsecured | 348.63 | NA | NA | 0.00 | 0.00 |
| FAY SERVICING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,194.00 | 1,892.94 | 1,892.94 | 0.00 | 0.00 |
| NEWARK FED EMPLOYEES F | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEWARK PO CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 228.00 | 228.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 228.00 | 228.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 228.00 | 228.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 321.00 | 321.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 321.00 | 321.00 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 228.00 | 228.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 321.00 | 321.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 228.00 | 228.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 359.00 | 359.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 228.00 | 228.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 587.00 | 587.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS, LLC | Unsecured | NA | 321.00 | 321.00 | 0.00 | 0.00 |
| RADIUS GLOBAL | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| RIVERBANK INPT MED ASSOC, LLC | Unsecured | 3,598.00 | NA | NA | 0.00 | 0.00 |
| SAINT MICHAELS MEDICAL CENTER | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 21,431.00 | 25,988.79 | 25,988.79 | 0.00 | 0.00 |
| STATE OF NEW JERSEY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HOSPITAL | Unsecured | 879.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HOSPITAL | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| VALLEY NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 339.14 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $25,988.79 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,988.79** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$6,653.47** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,000.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$1,000.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/21/2020                              By: /s/ Marie-Ann Greenberg
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**