Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.: 19–30640–JKS
                                                  Chapter: 13
                                                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda S Cooley
   63 Irving Street
   Newark, NJ 07104

Social Security No.:
   xxx–xx–7293

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/20/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 20, 2020
JAN: zlh

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-30640-JKS
Linda S Cooley                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Aug 20, 2020
                               Form ID: 148             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
```
db            +Linda S Cooley,   63 Irving Street,   Newark, NJ 07104-3523
518545250      BCA Financial Services,   18001 Old Cutler Road,   Suite 462,   Miami, FL 33157-6437
518545252     +Central Credit Services, LLC,   9550 Regency Square Blvd,   Suite 500 A,
               Jacksonville, FL 32225-8169
518545253     +Central Credit Services, LLC,   7831 Glenroy Rd Ste 250,   Edina, MN 55439-3117
518545255     +City of Newark,   920 Broad Street,   Newark, NJ 07102-2660
518545254     +City of Newark,   Department of Water/Sewer,   920 Broad Street, Room B-31F,
               Newark, NJ 07102-2663
518545260     +Comprehensive Neurosurgical,   680 Kinderkamack Road,   Suite 300,   Oradell, NJ 07649-1600
518545261     +Comprehensive Neurosurgical DBA,   North Jersey Brain and Spine Center,   680 Kinderkamack Road,
               Suite 300,   Oradell, NJ 07649-1600
518545263      Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
518545264     +Equifax Credit Info. Services,Inc.,   P.O. Box 740241,   Atlanta, GA 30374-0241
518545266     +Experian,   P.O. Box 4500,   Allen, TX 75013-1311
518545265     +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
518545267     +Fay Servicing Llc,   Attn: Bankruptcy Dept,   Po Box 809441,   Chicago, IL 60680-9441
518545268     +Fay Servicing Llc,   1601 Lbj Freeway,   Farmers Branch, TX 75234-6512
518545270     +Newark Fed Employees F,   970 Broad Street,   Newark, NJ 07102-2534
518545271     +Newark Po Cu,   Pob 1570,   Newark, NJ 07101-1570
518644079      Pendrick Capital Partners II, LLC,   Peritus Portfolio Services II, LLC,   PO BOX 141419,
               IRVING, TX 75014-1419
518545282     +Radius Global,   P.O. Box 390905,   Minneapolis, MN 55439-0905
518545283      Radius Global Solutions,   98550 Regency Square,   Suite 602,   Jacksonville, FL 32225
518545284      Riverbank Inpt Med Assoc, LLC,   PO Box 80198,   Philadelphia, PA 19101-1198
518545285     +Saint Michael's Medical Center,   2 Broad Street,   Bloomfield, NJ 07003-2547
518545286      Saint Michael's Medical Center,   c/o ONCOAS11,   PO Box 1280,   Oaks, PA 19456-1280
518545287     +Saint Michaels Medical Center,   P.O. Box 18518,   Newark, NJ 07192-0001
518545289     +Select Portfolio Servicing, Inc,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
518545290     +State of New Jersey,   Division of Taxation,   50 Barrack Street,   P.O. Box 269,
               Trenton, NJ 08602-0269
518545293      TransUnion Consumer Solutions,   P.O. Box 2000,   Crum Lynne, PA 19022
518545294     +TransUnion LLC,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19016-1000
518545300     +US Asset Management, Inc.,   c/o EOS CCA,   P.O. Box 5055,   Norwell, MA 02061-5055
518545298     +University Hospital,   150 Bergen Street,   B417,   Newark, NJ 07103-2406
518545296     +University Hospital,   150 Bergen Street,   Newark, NJ 07103-2406
518545295     +University Hospital,   PO Box 3009,   Newark, NJ 07103-0009
518545297     +University Hospital,   P.O. Box 18181,   Newark, NJ 07191-8181
518545301    ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,   1455 VALLEY ROAD,   WAYNE NJ 07470-8448
              (address filed with court: Valley National Bank,   Attn: Legal Dept,   1455 Valley Rd,
               Wayne, NJ 07470)
518545302     +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
518545304      Verizon c/o,   US Asset Management Inc,   PO Box 981008,   Boston, MA 02298-1008
518545305      Verizon c/o,   EOS CCA,   PO Box 981002,   Boston, MA 02298-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
518545249     +E-mail/Text: bk@avant.com Aug 21 2020 01:28:13      Avant,   222 N. Lasalle St,
               Chicago, IL 60601-1003
518545248     +E-mail/Text: bk@avant.com Aug 21 2020 01:28:13      Avant,   Attn: Bankruptcy,   Po Box 9183380,
               Chicago, IL 60691-3380
518610203     +EDI: AIS.COM Aug 21 2020 04:38:00      Capital One N.A.,   4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518545251     +EDI: CAPITALONE.COM Aug 21 2020 04:38:00      Capital One Na,   Po Box 30281,
               Salt Lake City, UT 84130-0281
518545256     +E-mail/Text: ebn@rwjbh.org Aug 21 2020 01:28:02      Clara Maass Medical Center,
               1 Clara Maass Drive,   Belleville, NJ 07109-3557
518545258     +EDI: WFNNB.COM Aug 21 2020 04:38:00      Comenity Bank/Ashley Stewart,   Po Box 182789,
               Columbus, OH 43218-2789
518545257     +EDI: WFNNB.COM Aug 21 2020 04:38:00      Comenity Bank/Ashley Stewart,   Attn: Bankruptcy,
               Po Box 182125,   Columbus, OH 43218-2125
518545259     +EDI: WFNNB.COM Aug 21 2020 04:38:00      Comenity Bank/Avenue,   Po Box 182789,
               Columbus, OH 43218-2789
518545269      EDI: IRS.COM Aug 21 2020 04:38:00      Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA 19114-0326
518648690      EDI: JEFFERSONCAP.COM Aug 21 2020 04:38:00      Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
518545272     +E-mail/Text: bankruptcy@onlineis.com Aug 21 2020 01:28:08      Online Collections,
               Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 20, 2020
                              Form ID: 148               Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518545277       +E-mail/Text: bankruptcy@onlineis.com Aug 21 2020 01:28:08      Online Collections,   Pob 1489,
                  Winterville, NC 28590-1489
518545288       +E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2020 01:28:41
                  Select Portfolio Servicing, Inc,   Attn: Bankruptcy,    Po Box 65250,
                  Salt Lake City, UT 84165-0250
518545292       +EDI: RMSC.COM Aug 21 2020 04:38:00       Syncb/HSN,    Po Box 965017,   Orlando, FL 32896-5017
518545291       +EDI: RMSC.COM Aug 21 2020 04:38:00       Syncb/HSN,    Attn: Bankruptcy,   Po Box 965060,
                  Orlando, FL 32896-5060
518550421       +EDI: RMSC.COM Aug 21 2020 04:38:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518653887        E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2020 01:28:41
                  Towd Point Mortgage Trust 2017-2 et. al,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,   Salt Lake City, UT 84165-0250
518545303       +EDI: VERIZONCOMB.COM Aug 21 2020 04:38:00       Verizon,    P.O. Box 4830,
                  Trenton, NJ 08650-4830
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518545262*      +Comprehensive Neurosurgical DBA,   North Jersey Brain and Spine Center,    680 Kinderkamack Road,
                  Suite 300,   Oradell, NJ 07649-1600
518545273*      +Online Collections,    Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
518545274*      +Online Collections,    Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
518545275*      +Online Collections,    Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
518545276*      +Online Collections,    Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
518545278*      +Online Collections,    Pob 1489,   Winterville, NC 28590-1489
518545279*      +Online Collections,    Pob 1489,   Winterville, NC 28590-1489
518545280*      +Online Collections,    Pob 1489,   Winterville, NC 28590-1489
518545281*      +Online Collections,    Pob 1489,   Winterville, NC 28590-1489
518545299*      +University Hospital,    P.O. Box 3009,   Newark, NJ 07103-0009
                                                                                              TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Linda S Cooley yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2017-2, U.S. Bank National
               Association, as Indenture Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust 2017-2, U.S. Bank
               National Association, as Indenture Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Linda S Cooley yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```